

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez,
Appellants

v.

**HONDA MOTOR CO., LTD.**, Et al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due to be filed with this court on June 12, 2014. On June 14, 2014, the court reporter stated that the reporter's record was not filed because: (1) appellant has failed to request the record; (2) appellant has not paid, or made arrangements to pay, the reporter's fee for preparing the record; and (3) appellant is not entitled to appeal without paying the reporter's fee.

We therefore ORDER appellant to provide written proof to this court within seven days of the date of this order that (1) the reporter's record has been requested, and either (2) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (3) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant must file a brief with this court within twenty days from the date of this order, and the court will only "consider and decide those issues or points [raised in appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c), 38.6(a).

If appellant timely complies with this order, the reporter's record will be due seven days from the date appellant files written proof showing compliance with this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court